# UNITED STATES DISTRICT COURT
# (Southern) ~~NORTHERN~~ DISTRICT OF OHIO

SCANNED AT SOCF and E-Mailed To USDC OHSD on 5-26 2026 by AD
No. of Pgs. 14

I. Civil Categories: (Please check one category only).

1. [✓] General Civil
2. [ ] Administrative Review/Social Security
3. [ ] Habeas Corpus Death Penalty

*If under Title 28, §2255, name the SENTENCING JUDGE: ______________

CASE NUMBER: ______________

II. RELATED OR REFILED CASES. See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regardfor the place of holding court in which the case was refiled. Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action is [ ] RELATED to another PENDING civil case. This action is [ ] REFILED pursuant to LR 3.1.

**If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

III. In accordance with Local Civil Rule 3.8, actions involving counties in the Eastern Division shall be filed at any of the divisional offices therein. Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER. UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1) Resident defendant. If the defendant resides in a county within this district, please set forth the name of such county
COUNTY: Scioto County
Corporation **For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.**

(2) Non-Resident defendant. If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.
COUNTY: Scioto County

(3) Other Cases. If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.
COUNTY:

IV. The Counties in the Northern District of Ohio are divided into divisions as shown below. After the county is determined in Section III, please check the appropriate division.

(Southern District Scioto)

EASTERN DIVISION

[ ] AKRON (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)
[X] CLEVELAND (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake, Lorain, Medina and Richland)
[ ] YOUNGSTOWN (Counties: Columbiana, Mahoning and Trumbull)

WESTERN DIVISION

[ ] TOLEDO (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca VanWert, Williams, Wood and Wyandot)

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE*
*NORTHERN DISTRICT OF OHIO*

| | |
|---|---|
| DaJohn M. Barnes<br>(Enter above the full name of the plaintiff in this action)<br><br>vs.<br><br>Correctionalofficer at The S.O.C.F Prison C.O. Whitley<br>(Enter above the full name of the defendant(s) in this action | CIVIL CASE NO. 1:26-cv-511<br><br>JUDGE Judge Susan J. Dlott<br>Magistrate Judge Caroline H. Gentry<br><br>**COMPLAINT** 8th adhiddment Crule an unusal<br>assault with a weppn By a correctional officer use of force that was unjust. |

I. **Previous Lawsuits** NO

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☐

B. If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs____________________

Defendants____________________

2. Court (if federal court, name the district; if state court, name the county)

____________________

3. Docket Number ____________________

4. Name of judge to whom case was assigned____________________

claims

Claim 1. Co Whitley assaulted me with his mase can which he used as a weapon. when he pulled out his riot mase can and sprayed 2.4-3.4 OC to my face region contacting my faces, eyes, nose, and mouth, for no reason at all.

Claim 2. Inmate Zackery was Walken to the showers and witnessed this incident in a max 4b holding unit. Co Whitley was escorting him to the showers which my cell was right next to the shower cell 21. co whitely stated that once they walked past my cell, I lunged at him and the inmate through a set of cell bars and tried to grab him and the inmate and tried to assault them. So, fearing for his safety and the inmates he sprayed me with 2.4-3.4 of OC to my face to which caused my eyes to get disoriented and runny nose.

Claim 3. I had suffered multiple different states because of his actions 1st I was sent to TPU which is solitary confinement because the false allegations Mr. co whitely accused me of. Once I was sent to TPU I was not sent straight to medical nor seen medical at all for proper treatment which was against O.D.R.C polices.

Claim 4. I suffered from physical pain from lack of treatment.

Claim 5. I was never given a chance to shower the 7 days I sat in the hole so my hygiene was very bad which made me mentally and emotionally distressed.

Claim 6. I was having breathing problems from the mase I was sprayed with and that I have bad Asma and wasn't able to obtained my inhaler due to the fact the cos, in the hole was treating me unfair and improper because the conduct ticket co whitely had giving me. Which was a staff assault ticket and trumped up.

Claim 7. Once I herd my ticket by the srg he watched the camera of the incident And DID NOT BELIVE I WAS CONBATIVE AND DID NOT TRY TO REACH FOR THE INMATE NOR THE CO. so there for the ticket was thrown out with no discipliner actions.

Claim 8. After I was found not guilty it took 3 days for me to leave TPU which is quite long because it only takes from that day unless its hectic then no longer than 24 hours. I was then sent back to the same unit and cell which took me over 5 days to get moved from round the co because he had pull in the unit from being the unit 2nd shift regular.

claims

Claim 9. Once I was moved, I wrought this officer up for use of force that was unjust and the matter was denied with no giving reason. I then wrought grievances on the person who denied the ticket and also on the officer that used force on me and that matter was denied also and was denied kite access for 2 weeks because I kept wright up this incident and my closed kites was restored.

Clam 10. I have suffered PTSD, emotional distress, and mentally scared from the cos actions. there for I'm asking for punitive damages for emotional distress, PTSD, that I have suffered cause these incidents.

Affidavit

I dajohn Barnes swear that the forgoing is true to the best of my knowledge and acierate. Of this day 29th of may 2026 and that a copy has been sent to the defendant CO. Whitley 2nd shift K-2 regular at the southern Ohio correctional facility by via mail.

Relief

I Mr. Barnes would like the court to take this to jury trial or give the plaintiff his demand rewarded of one hundred and five thousand dollars for the damage of my eye site and the improper use of a weapon from the co Mr. Whitley $105.000 rewarded.

Singned This Date 29th of may 2026

[signature] 5-29-26

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

# REQUEST FOR CERTIFIED ACCOUNT STATEMENT AND ACKNOWLEDGMENT OF UNDERSTANDING

---

I request that an authorized officer of the institution in which I am confined, or other designated entity, complete the section below concerning my prisoner account statement. Pursuant to amended 28 U.S.C. § 1915:

**I UNDERSTAND THAT:**

If I commence any civil action, (other than an action under 28 U.S.C. §§ 2254 or 2255) the filing fee is $402, if paid all at once, or $350 if paid in installments as set forth below.

**FURTHER, I understand that:**

If I do not have the funds to pay the full fee as provided above, I must pay an initial partial fee of 20% of the greater of

-- the average monthly deposits in my account

**OR**

-- the average monthly balance in my account

for the 6 month period immediately preceding the filing of my civil action.

**FURTHER, I understand that:**

If I do not currently have funds in my prisoner account to pay the initial partial fee, the agency having custody of me is required by law to and will forward said fee when funds become available in my account.

**FURTHER, I understand that:**

After the payment of the initial partial fee, the agency having custody of me is required by law to and will forward installment payments from my account equaling 20% of the preceding month's income credited to my account each time the amount in the account exceeds $10. Such installment payments must be made until $350 has been paid.

PL-1 (12/20) N.D.OHIO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

# FINANCIAL APPLICATION

---

In order for the court to determine whether to grant in forma pauperis status in this civil action, **you must complete and submit all parts of this Application together at one time**. The Application includes:

1. The Affidavit of Prisoner

2. The Request for Certified Account Statement and Acknowledgment of Understanding

---

**TO FILE AN ACTION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254 OR § 2241, THE FILING FEE IS $5.**

**TO FILE ANY OTHER CIVIL ACTION, (OTHER THAN AN ACTION UNDER 28 U.S.C. § 2255 TO VACATE A FEDERALLY IMPOSED SENTENCE) THE FILING FEE IS $402 if paid all at once, or $350 if paid in installments.**

**CHECKS ARE TO BE MADE PAYABLE TO:**

Clerk, U.S. District Court

**IF YOU DO NOT HAVE FUNDS TO PAY THE FULL FEE, COMPLETE THE APPLICATION, WHICH INCLUDES: 1) THE AFFIDAVIT OF PRISONER, AND 2) THE REQUEST FOR CERTIFIED ACCOUNT STATEMENT AND ACKNOWLEDGMENT OF UNDERSTANDING.**

==========================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Plaintiff, Dajohn M. Barnes

v.

**AFFIDAVIT OF PRISONER**

Defendant(s). C.O Whitley 1 2nd Shift regular (K-2)

Case Number:

I, Dajohn Barnes, declare that I am the

X plaintiff/petitioner
_____ defendant/respondent
_____ other

in the above-entitled proceeding. I am requesting to proceed without being required to prepay the entire filing fee. In support of my request, I state that because of my poverty, I am unable to prepay the entire filing fee or give security therefor.

In further support of this request, I answer the following questions.

1. Are you presently employed?
_____yes X no

a. If the answer is "yes" state the amount of your salary or wages per month.

b. If the answer is "no" state the date of last employment and the amount of the salary and wages per month which you received. 16$ a month

2. Do you have a work, program or status assignment, or other circumstance which causes you to be paid by the agency which has custody of you?
X yes _____no

If the answer is "yes" state the amount paid or credited to you each month.
16$ a month

3. Have you received, within the past twelve months, any money from any of the following sources?

a. Business, profession or other form of self-employment?
_____yes __X__ no

b. Rent payments, interest or dividends?
_____yes __X__ no

c. Pensions, annuities or life insurance payments?
_____yes __X__ no

d. Gifts or inheritances?
_____yes __X__ no

e. Any other sources?
__X__ yes _____ no

If you answered "yes" to any of the above questions, describe each source of money and state the amount received from each during the past twelve months. My Father Funds my Books account no more then 100$ a month

4. Do you own any cash, or do you have money in checking or savings accounts?
_____yes __X__ no

If the answer is "yes" state the total value of the items owned?

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/29/26 (Date)

[signature]
Signature of Applicant

Dajohn Barnes A765151, Relator, being duly sworn states:
(Name and Inmate Number)

1. My name is Dajohn Barnes, and I am inmate #A765151. I am incarcerated at the (S.O.C.F.) Correctional Institution located in Lucasville, Ohio.

2. In the previous five years, I have filed the following civil actions in a court of law (if you have not filed any civil lawsuits, write "NONE"):

None

If necessary, details of civil filings follow and are incorporated into this Affidavit.

3. I have not filed any other civil actions.

I hereby declare that all the information contained in this affidavit is true and correct.

[signature]
RELATOR, PRO SE

Sworn to and subscribed before me this 26th day of May, 2026.

[signature] 06-01-2030
NOTARY PUBLIC

NOTARIAL SEAL STATE OF OHIO
AMY J BOGGS
Notary Public, State of Ohio
My Commission Expires:
June 01, 2030

Dajohn Barnes A765151 Relator, being duly sworn states that the
(Name and Inmate Number)

allegations contained in the foregoing complaint are true and accurate as they verily believe.

[signature]
RELATOR, PRO SE

Sworn to and subscribed before me this 26th day of May, 2026.

[signature] 06-01-2030
NOTARY PUBLIC

NOTARIAL SEAL
STATE OF OHIO
AMY J BOGGS
Notary Public, State of
My Commission Ex
June 01, 203

AFFIDAVIT OF Indigent

STATE OF OHIO )
) SS:
COUNTY OF Scioto )

I, the affiant herein, do hereby depose and state, after being duly sworn and cautioned as required by law, that the following statements are true and correct to the best of my knowledge and beliefs:

1. I am the Plaintiff in Suite v. Docter, case no. ________.
2. I filed a ~~Jurisdiction Venue~~ Emergency Infunction 1983 Civil Suite on may 29th, 2026.

Sworn and subscribed in my presence this 26th day of May, 2026.

Notary Public

My commission expires 6-1-2030

AMY J BOGGS
Notary Public, State of Ohio
My Commission Expires:
June 01, 2030